UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SID ARISMENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-312 |
| | § | |
| JENNIFER LYNN ARISMENDEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REQUIRING REPLY

In her Answer (D.E. 11), Defendant Jennifer Arismendez requested that Plaintiff be ordered to file a reply to her affirmative defense of qualified immunity. D.E. 11, p. 8. She has since taken the position that no discovery should take place until after that reply is filed.

While the matter should have been brought to the parties' and the Court's attention by way of a separate motion for timely disposition, the Court is empowered to order a reply on its own motion. *See* Fed. R. Civ. P. 7(b); *Schultea v. Wood*, 47 F.3d 1427, 1433 (5th Cir. 1995). The Court thus ORDERS Plaintiff to reply to the qualified immunity defense in detail. "By definition, the reply must be tailored to the assertion of qualified immunity and fairly engage its allegations." *Id*. Plaintiff's reply pleading must be filed on or before **May 21, 2020**.

ORDERED this 7th day of May, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE